IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
NORTH CAROLINA
NORTHERN DIVISION
No. 2:26-CR-4-1FL

UNITED STATES OF AMERICA,                )
                                         )
              v.                         )          **ORDER**
                                         )
ANNIE MARIE CLEVER,                      )
                                         )
              Defendant.                 )


Pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, as amended by the

Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the court hereby

confirms the government's disclosure obligation under *Brady v. Maryland*, 373 U.S. 83 (1963),

and its progeny. *See Brady*, 373 U.S. at 87 ("[T]he suppression by the prosecution of evidence

favorable to an accused upon request violates due process where the evidence is material either to

guilt or to punishment, irrespective of the good faith or bad faith of the prosecution."). Failure by

the government to comply with its disclosure obligation could result in such consequences as

exclusion of evidence, adverse jury instructions, dismissal or reversal of charges, contempt

proceedings, or imposition of sanctions.

SO ORDERED, this 28th day of April, 2026.

_____
KIMBERLY A. SWANK
United States Magistrate Judge